UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __25-8495-WM__

UNITED STATES OF AMERICA

v.

ROUSSELET ALPHONSE,

Defendant.
_____/

FILED BY____SW____D.C.
Sep 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ✓ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  Rinku.Tribuiani@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROUSSELET ALPHONSE,<br><br>*Defendant(s)* | Case No. 25-8495-WM<br><br>FILED BY ___SW___ D.C.<br>Sep 8, 2025<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - WPB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/25/2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 911 | Falsely and willfully represents himself to be a citizen of the United States. |
| 18 U.S.C. § 1543 | Willfully and knowingly uses, or attempts to use, or furnishes to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: September 8, 2025

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rousselet ALPHONSE committed the offense of falsely and willfully representing himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911, and willfully and knowingly using, or attempting to use, or furnish to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, in violation of Title 18, United States Code, Section 1543.

3. On September 3, 2025, ICE Stuart Office Fugitive Team received a referral from ICE Pacific Enforcement Response Center (PERC) in collaboration with Transportation Security Administration (TSA) regarding an ICE fugitive. The referral indicated that Rousselet ALPHONSE, a citizen of Haiti and ICE fugitive, would be traveling from Palm Beach International Airport to New York on September 5, 2025 on board Delta Airlines flight number DL2018, departing at 11:57 am.

1

4.     A review of the immigration records shows that Rousselet ALPHONSE is a native and citizen of Haiti. Records further show that on or about November 15, 2018, Rousselet ALPHONSE was ordered removed from the United States. On or about March 9, 2021, the Board of Immigration Appeals dismissed ALPHONSE's appeal.

5.     A query of the Florida Driver and Vehicle Information Database (DAVID) system revealed that on or about February 25, 2022, in the Florida Highway Safety and Motor Vehicles (FLHSMV) office located in Palm Beach Gardens, Florida, Rousselet ALPHONSE applied for a Florida Identification Card. In the application that he swore or affirmed under penalty of perjury as true and correct, he claimed to be a United States citizen. As proof of identity and citizenship, he provided among other documents, U.S. Passport Card number C42938293. Based on his false application, ALPHONSE obtained a Florida Identification Card.

6.     A further review of the DAVID system shows that on or about October 4, 2022, in the FLHSMV office located in Lantana, Florida, Rousselet ALPHONSE applied for a Florida Driver's License. He again claimed to be a United States citizen, which he swore or affirmed by signing the application.  Based on his false application, ALPHONSE obtained a Florida Driver's License.

7.     A records check was performed in the U.S. Department of State, Consular Consolidated Database, to determine if Passport Card number C42938293 was ever issued to Rousselet ALPHONSE. After a diligent search was performed in that database system, no record was found to exist indicating that Passport Card number C42938293 was issued to Rousselet ALPHONSE or anyone else.  Additionally, there is no record that Rousselet ALPHONSE ever applied for nor received a U.S. passport or passport card.

8.     Records further show that on or about June 1, 1994, in the Circuit Court, Fifteenth Judicial Circuit and for Palm Beach County, Florida, Rousselet ALPHONSE was convicted of the offense of attempted trafficking in cocaine 28-200 grams, case number 1993CF12906.

9.      Further review of the records shows that on or about October 25, 2010, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit and for Palm Beach County, Florida, Rousselet ALPHONSE was convicted of the offenses of possession of cocaine with intent to sell, and criminal mischief, case number 2010CF006495.

10.     On September 5, 2025, at approximately 11:30 am, at Palm Beach International Airport, ICE Stuart Fugitive Team executed an immigration administrative arrest warrant and detained Rousselet ALPHONSE without incident. Rousselet ALPHONSE identified himself with a Florida Driver's License.  He was detained and transported to ICE office in Stuart, Florida for processing.

11.     At the ICE Stuart office, Rousselet ALPHONSE's fingerprints were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously issued an order of removal, that is, Rousselet ALPHONSE.

12.     Based on the foregoing facts, I submit that there is probable cause to believe that on or about February 25, 2022, Rousselet ALPHONSE violated Title 18, United States Code, Sections 911 and 1543.

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 8th day of September 2025.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ROUSSELET ALPHONSE

**Case No**: _____

Count #1

Falsely and willfully representing oneself to be a citizen of the United States

Title 18, United States Code, Section 911
* **Max. Term of Imprisonment:**   3 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**  $250,000
* **Special Assessment:**   $100

Count #2

Willfully and knowingly using, or attempting to use, or furnishing to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport

Title 18, United States Code, Section 1543
* **Max. Term of Imprisonment:**   10 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**  $250,000
* **Special Assessment:**   $100

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**